## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| SHERRIE HEALY, | Civil No. 08-0304 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| BUHRS AMERICAS, INC, | |
| Defendants. | |

_____

Steve Heikens, **HEIKENS LAW PRACTICE**, 10 South Fifth Street, Suite 700, Minneapolis, MN 55402, for plaintiff.

Krista Hatcher and Richard Ross, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the stipulation filed by the parties on December 11, 2009 [Docket No. 76].

**IT IS HEREBY ORDERED** that the above-entitled action, including the counter claim, is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

DATED: December 14, 2009
at Minneapolis, Minnesota.

                                                                                         s/ John R. Tunheim
                                                                                          JOHN R. TUNHEIM
                                                            United States District Judge